1:04-MC-X
RAE

# UNITED STATES BANRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Bankruptcy Case No. 03-15217 |
| CORPORATE MEDIA GROUP, INC. | § | Chapter 7 |
| RICHARD & SUSAN DURAND, Plaintiff, | § | |
| v. | § | Adversary Proceeding, No. 03 - 1174 |
| CORPORATE MEDIA GROUP, INC. and AMERICANA PUBLISHING, INC. Defendants. | § | |

## MOTION TO SET ASIDE DEFAULT
## OTHERWISE VACATE DEFAULT JUDGEMENT
## UNDER PROPOSED FINDINGS OF FACT
## PURSUANT TO RULES 55(c) AND 60(b)

**COMES NOW, Americana Publishing, Inc.,** Defendant in the above entitled and numbered cause and files this its Motion to Set Aside Default and Otherwise Vacate the Proposed Default Judgment Under the Court's proposed "Findings of Fact and Conclusions of Law". With respect thereto, Movant would respectfully show this Honorable Court as follows:

1. Americana Publishing, Inc. received notice of Plaintiff's Notice of Request for Entry of Default Judgment.

2. Prior to receiving said notice, settlement negotiations had been initiated with counsel for Plaintiff, and further, as a result of the holiday period, negotiations for settlement were delayed along with other matters related to the case..

3.. Upon receipt of Plaintiff's Notice of Application for default judgment, the undersigned simultaneously prepared a "MOTION FOR MANDATORY ABSTENTION OR ALTERNATIVELY FOR THE EXERCISE OF THE COURT'S DISCRETION TO ABSTAIN" and, in the alternative an "ANSWER" to the Complaint. True and correct copies of the MOTION and ANSWER are attached hereto by reference as Exhibit "A" (MOTION) and Exhibit "B" (ANSWER).

4. The Motion filed by defendant was to assert the absence of jurisdictional appropriateness for this Court, relating to the plaintiff's claims, as the claims do not comprise "core" matters of the underlying bankruptcy of a third-party. As an alternative, the defendants tendered Answer was to show the existence of meritorious defenses, including the assertion for fraud and breach counterclaims against the plaintiffs.

5. Both pleadings referred to in the paragraph above were prepared, signed, packaged and mailed by being placed in the designated spot for pick up and delivery by the US Postal Service appropriately addressed to the Court and to opposing counsel on January 8, 2004. (See Affidavit of Forrest R. Carlton, attached hereto as Exhibit "C", and Affidavit of Sarah Goodwin, attached hereto as "Exhibit "D", both of which are incorporated herein by reference). These appropriate pleadings and actions were executed prior to receipt of the Court's Notice of hearing for default judgment entered January 9, 2004, and significantly prior to the hearing scheduled for January 29, 2004

6. Defendant's counsel of record incorrectly, through no fault or action of the Defendant individually, Americana Publishing, Inc., assumed the Motion, and in the alternative, answer of the Defendant would or had voided the need for and scheduling of a default hearing.

7. Thereafter, Notice of Default was received by Defendant and subsequently receipt of the Court's Proposed findings of Fact and Conclusions of law, to be submitted to the District Court.

8. Counsel for Defendant, Americana Publishing, Inc., would show that Americana's failure to answer was not willful, but a result of mistake and excusable neglect. Further, there exists a meritorious defense, in addition to the jurisdictional issues. Further, that good faith on the part of defendant exists, combined with the reasonable and permissible timing of this motion under both Rules 55(c) and 60(b).

9. Defendant would show that setting aside the default judgment would not prejudice the rights of Plaintiff in that there only exists presently a proposed "Findings of Fact and Conclusions of Law", with there being no actionable judgment nor detrimental reliance by any affected party. Defendant would further show that it has a meritorious defense as set out more fully in Exhibit "A", which includes the existence of pre-existing and pending litigation between the Plaintiff and Defendant in the 2nd Judicial District Court of the State of New Mexico. Defendant

**WHEREFORE, PREMISIS CONSIDERED,** Defendant Americana Publishing, Inc., prays that this Honorable Court set aside its finding of default and otherwise vacate the proposed default under the Court's proposed "Findings of Fact and Conclusions of Law. in accordance with the provisions of Rule 55(c) Federal Rules of Civil Procedure and reinstate the matter upon the Court's regular docket.

Respectfully submitted,

Dated: 11 May 2004

Forrest R. Carlton
303 San Mateo NE, Suite 104A
Albuquerque, NM 87108
505 265-6121 X 109
(Fax) 505-265-0632

Attorney for Defendants and Movants
Corporate Media Group, Inc. and
Americana Publishing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2004, I placed the foregoing pleading in United Parcel Service addressed to the following:

James R. McKoon
McKoon Williams and Gold
633 Chestnut Street
1300 Republic Centre
Chattanooga, Tennessee 37450

William M. Foster, Trustee
Foster Allen Durrence & Ward, P.C.
555 River Street
Chattanooga, Tennessee 37403

Forrest R. Carlton